UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE BUCKLO

MAGISTRATE JUDGE FINNEGAN

| UNITED STATES OF AMERICA | 11 CR 379 |
|---|---|
| v. | |
| IAN MARK JONES | Violation: Title 49, United States Code, Section 46504 |

FILED
6-1-11
JUN - 1 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

The SPECIAL MARCH 2010 GRAND JURY charges:

On or about December 16, 2010, in the Northern District of Illinois, Eastern Division, and elsewhere,

IAN MARK JONES,

defendant herein, while on an aircraft in the special aircraft jurisdiction of the United States, namely, while aboard American Airlines Flight 21, which departed from Jamaica, New York, and was bound for Los Angeles, California, by intimidating a flight attendant of the aircraft, namely, Flight Attendant A and Flight Attendant B, interfered with the performance of the duties of the attendant and lessened the ability of the attendant to perform those duties;

In violation of Title 49, United States Code, Section 46504.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY